**Exhibit A to the Complaint**

**Location:** Santa Clarita, CA  **IP Address:** 75.84.181.123
**Total Works Infringed:** 53  **ISP:** Spectrum

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 015779B60A118D644F02499AE674F1BC810CFF8E | 11/10/2019 20:52:31 | Vixen | 10/01/2019 | 10/21/2019 | PA0002207746 |
| 2 | C2696D97B84F26C92DAECB9A0C9434564992B852 | 09/27/2019 19:03:16 | Tushy | 09/23/2019 | 10/07/2019 | PA0002205466 |
| 3 | DC82BE29C59E6ECA1E28581C65191716FE7FFDB0 | 09/23/2019 15:07:22 | Vixen | 07/13/2019 | 08/02/2019 | PA0002192302 |
| 4 | A27C54F10440DC5FB262D52FB10A396ED903FD99 | 08/17/2019 17:17:58 | Vixen | 08/12/2019 | 08/22/2019 | PA0002195517 |
| 5 | 31C61BB9960C54E15F3414123E14452B8FDE9B6F | 08/17/2019 17:14:36 | Vixen | 08/07/2019 | 08/26/2019 | PA0002213240 |
| 6 | 5DF8FA648DEEAE1D73E962DB195061E646F82B4E | 08/08/2019 20:32:39 | Tushy | 08/04/2019 | 08/22/2019 | PA0002195508 |
| 7 | 53F9C8FC4A18FFB963678AADC3014ED6AA733B92 | 08/08/2019 20:22:11 | Vixen | 07/28/2019 | 08/22/2019 | PA0002195513 |
| 8 | D9B7BBEAC95498E704418A69F838E15D9E328CF1 | 08/08/2019 20:16:35 | Vixen | 07/23/2019 | 08/27/2019 | PA0002213247 |
| 9 | E2013E079B930D38ECEB162C7E52A3157679A922 | 06/27/2019 04:30:51 | Blacked | 06/24/2019 | 07/17/2019 | PA0002188313 |
| 10 | 17583F1F4D4010410E33D89090FEB00E41606973 | 06/27/2019 04:27:00 | Tushy | 06/25/2019 | 08/27/2019 | PA0002213234 |
| 11 | 36B76415793A1CFC9A5886313EA7F35E199F6FB4 | 06/25/2019 04:40:26 | Vixen | 06/23/2019 | 08/27/2019 | PA0002213299 |
| 12 | 1E2266E97F9B74C32E638D58D55DDBDB0C608AA2 | 06/14/2019 17:38:55 | Tushy | 05/11/2019 | 07/05/2019 | PA0002206404 |
| 13 | A66C19BA1449E65C4523073A3D6A92E888EA1302 | 05/12/2019 21:12:54 | Tushy | 05/01/2019 | 07/05/2019 | PA0002206375 |
| 14 | CB628A0D5732816417F252F7E68A57179F727EF7 | 04/26/2019 22:52:39 | Blacked | 04/25/2019 | 05/28/2019 | PA0002200766 |
| 15 | 2E7AB878DC12B07A9EBAFA188F61AB8E44F31325 | 04/18/2019 19:59:13 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 16 | A2059ABE8C231A59A5933D294B73B6967C2A30D3 | 04/18/2019 18:59:38 | Blacked | 04/25/2018 | 06/19/2018 | PA0002126642 |
| 17 | 4174CF188F635987EA531E9025B3D65154357C60 | 03/26/2019 19:38:06 | Blacked | 03/26/2019 | 04/16/2019 | PA0002187002 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 4175E1C897E88745609E6DE4FCA6AF6EFC0542F4 | 03/20/2019 19:57:43 | Vixen | 10/21/2017 | 11/30/2017 | PA0002098006 |
| 19 | 4D4EE4AC1F6B3C240D9DEC361CFBF8AB22BBA30F | 03/11/2019 19:47:00 | Tushy | 03/07/2019 | 03/31/2019 | PA0002163981 |
| 20 | F741573E5A22B155F17B245E4A8D91D84A5D89AA | 03/11/2019 19:42:15 | Vixen | 03/10/2019 | 04/29/2019 | PA0002170360 |
| 21 | 590BBAA08138FB52CDD47794AF408280D7D6B2A7 | 03/10/2019 19:06:00 | Tushy | 02/25/2019 | 04/17/2019 | PA0002187005 |
| 22 | AA82BDBA2EAA3A2FA94AC562ADD4B62C650DC636 | 03/04/2019 19:56:00 | Tushy | 03/02/2019 | 04/17/2019 | PA0002186902 |
| 23 | C117FE0B89D296460347AC482E083B95B9488EDB | 02/18/2019 21:25:54 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 24 | F9994F4AF1FDD54B7DE67024535E98CB7D231A3A | 02/15/2019 21:42:13 | Tushy | 10/18/2017 | 11/30/2017 | PA0002098004 |
| 25 | 0DEF96AAF2422ECFAC84896225E9FDC257A29AEA | 02/15/2019 21:30:59 | Tushy | 02/05/2019 | 02/22/2019 | PA0002155146 |
| 26 | 3F270D99BA6AD25ECA5DA3F1A19E9EE0BD1A3B75 | 02/13/2019 19:46:23 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 27 | 26027D4BBA9366856012B8C062375891C7926188 | 02/08/2019 22:00:18 | Vixen | 02/08/2019 | 03/24/2019 | PA0002183193 |
| 28 | 8DBBE5C259839C53213CF2569D8D1855D7DE7EB9 | 02/02/2019 20:24:59 | Vixen | 01/29/2019 | 03/24/2019 | PA0002182715 |
| 29 | 01787C6A26303B90D96786822FB568F826FE8992 | 01/28/2019 21:25:14 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 30 | 338755ADBFAC10427941908AAA9C65A9CCB50C60 | 01/25/2019 22:23:48 | Tushy | 11/02/2017 | 12/05/2017 | PA0002098020 |
| 31 | 0A7C74DC71217D94789A6CCCA2C469FE4B0629D5 | 01/22/2019 22:02:18 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 32 | C9B0FE824EC74B4492017E5AA090C08B4314BF82 | 01/21/2019 18:20:48 | Vixen | 01/19/2019 | 02/22/2019 | PA0002155139 |
| 33 | 03DB55C5EA03E840CEFAFD48D35CB4CAFFBF424C | 12/30/2018 19:28:07 | Vixen | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 34 | 02D94013AD98E77BDC52941E32F261BF7C32A6A9 | 12/30/2018 19:14:14 | Vixen | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 35 | 9297D3CAAC4DD6F87E99A5E11E0B60225852830B | 12/28/2018 21:03:46 | Tushy | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 36 | 10DB5BB485F41FE8ED9AF235D6B113C3D73C2BC1 | 12/26/2018 06:22:23 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | CB1DCC04E074A87624CF082DB6563B58570C3FFA | 12/22/2018 19:13:12 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 38 | F8B35467FC25CAC2D288682E2BBC9B1B1B40324B | 12/22/2018 19:12:28 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 39 | D5258CF0E4CDA32602BF10372BEDEAFD438244F4 | 12/22/2018 19:12:22 | Vixen | 11/25/2018 | 01/22/2019 | PA0002149840 |
| 40 | 4A5520B29ABA93303C29CA0318460C6D8DE55D6A | 12/21/2018 21:59:21 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 41 | AEBB537A0CA2FC4D27E5BB2138C1E9C53A10284D | 12/20/2018 20:19:27 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |
| 42 | 6049B9E133633A9FF7E90B0828766D3BC834C810 | 12/20/2018 19:32:51 | Tushy | 12/17/2018 | 02/02/2019 | PA0002155393 |
| 43 | 41B3EC2D6CD45BBF85051632D43E36BAA7523668 | 12/17/2018 20:17:05 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 44 | CE4CD7D43250492AE02019538C06881C8B79F767 | 12/17/2018 18:54:38 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 45 | F4564B01B8BEA3C8E6AF2B2CD6DE955D31637880 | 12/17/2018 17:46:50 | Blacked | 12/16/2018 | 02/02/2019 | PA0002154976 |
| 46 | 265F9F6B4599D92ECD4183AD6101640666C7A711 | 12/10/2018 01:35:00 | Vixen | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 47 | 12543516E11230C00906E75AE9D649CDEBAB9844 | 12/09/2018 19:19:30 | Vixen | 11/30/2018 | 12/18/2018 | PA0002141918 |
| 48 | C60F14655416C94116584E6ECC1AF3026A760B18 | 12/09/2018 18:23:50 | Vixen | 09/11/2018 | 10/16/2018 | PA0002127780 |
| 49 | F7376CEB79F8F49F4AA0A5D72A07C3C7310723CA | 12/09/2018 18:23:07 | Vixen | 10/31/2018 | 12/10/2018 | PA0002145830 |
| 50 | 4A34E40841F44318AB8E5E5FD92C6686532DBD01 | 12/09/2018 18:22:39 | Vixen | 08/27/2018 | 10/16/2018 | PA0002127789 |
| 51 | 7E78B055B5B3BDC7B4AD49969FEEF88CD264FD99 | 12/09/2018 18:16:26 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 52 | AA04DCBDDC23443F1B422B4E64A1837D4EC79998 | 12/09/2018 18:00:03 | Vixen | 12/10/2017 | 01/04/2018 | PA0002097451 |
| 53 | 12C5A3DD0532311B25BBE5EBABDD30DC226AE3B3 | 12/09/2018 17:57:34 | Vixen | 08/17/2018 | 09/01/2018 | PA0002119582 |