Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
Phone: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>**[REDACTED]**,<br><br>            Defendant.<br><br>JOHN DOE subscriber assigned IP address 75.84.181.123,<br><br>            Counterclaimant,<br><br>vs.<br><br>STRIKE 3 HOLDINGS, LLC,<br><br>            Counterdefendant. | Case Number: 2:19-cv-10674-TJH-SP<br><br>Honorable Terry J. Hatter, Jr.<br><br>***EX-PARTE* APPLICATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, PROPOSED SUMMONS, AND RETURN OF SERVICE UNDER SEAL** |

Plaintiff, Strike 3 Holdings, LLC ("Strike 3" or "Plaintiff"), makes this application for entry of an order granting Plaintiff leave to file its First Amended Complaint, proposed summons, and return of service under seal, and states as follows;

1

*Ex-Parte* Application for Leave to File First Amended Complaint, Proposed Summons, and Return of Service Under Seal
Case No. 2:19-cv-10674-TJH-SP

1. This is a copyright infringement case against a John Doe Defendant initially known to Plaintiff only by an IP address.

2. On February 4, 2020, Plaintiff was granted leave to serve a third-party subpoena on Defendant's internet service provider ("ISP") to obtain the Defendant's identifying information. [CM/ECF 12]. Plaintiff issued the subpoena with a copy of this Court's Order on February 5, 2020 and received the ISP's response on May 1, 2020.

3. Upon receipt of the ISP's response, Plaintiff conducted a thorough investigation of the information provided by the ISP and ultimately decided to proceed with its case against an individual residing in the subscriber's home (whose name is redacted in the caption of this Application). Plaintiff must now obtain a clerk issued summons to serve on the Defendant.

4. Although Plaintiff is aware of Defendant's identity, Plaintiff is sensitive to Defendant's privacy concerns. Therefore, Plaintiff has filed a Redacted version of the First Amended Complaint and seeks, through this application, to file an Unredacted version of its First Amended Complaint under seal.

5. Plaintiff's Unredacted First Amended Complaint contains Defendant's personal identifying information which is central to Plaintiff's claim and includes the Defendant's name, address, and additional factual information which directly links the Defendant to the infringement in this case.

6. Out of respect for this Court and Defendant and the concerns of Plaintiff, Plaintiff respectfully requests entry of an order permitting it to file an Unredacted version of its First Amended Complaint under seal so that it may include the Defendant's name, address, and other factual information central to Plaintiff's claim.

2

*Ex-Parte* Application for Leave to File First Amended Complaint, Proposed Summons, and Return of Service Under Seal
Case No. 2:19-cv-10674-TJH-SP

7. Plaintiff's instant application should be granted because in prior similar cases, this Court entered protective orders precluding Plaintiff from publicly disclosing defendants' identifying information. In this respect, this case is no different from prior cases.

8. None of the parties would be prejudiced by the granting of this request.

9. Plaintiff's counsel conferred with counsel for Counterclaimant John Doe subscriber assigned IP address 75.84.181.123 ("John Doe") regarding this application but John Doe's counsel indicated he did not represent the Defendant named in the First Amended Complaint and John Doe's counsel did not respond to whether he did or did not oppose the relief requested herein. *See* Declaration of Lincoln Bandlow.

WHEREFORE, Plaintiff respectfully requests entry of an order permitting Plaintiff to file its Unredacted First Amended Complaint, Unredacted proposed summons, and return of service under seal. A proposed order is attached for the Court's convenience.

DATED this 19th day of May, 2020.

**Law Offices of Lincoln Bandlow, PC**

*s/ Lincoln D. Bandlow*
Lincoln D. Bandlow
Attorneys for Plaintiff
Strike 3 Holdings, LLC

3