# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | CV 19-10674 TJH (SPx) |
| Plaintiff, | |
| v. | |
| JOHN DOE, *etc., et al.*, | **Amended Order** |
| Defendants. | |

    The Court has considered Plaintiff's *ex parte* application for leave to file a First Amended Complaint under seal, together with the moving and opposing papers.

    **It is Ordered** that the application be, and hereby is, **Denied** for failure to comply with Local Rule 7-3.

    **It is further Ordered** that if Plaintiff moves, again, for leave to file a First Amended Complaint under seal, it shall be by a regularly noticed motion and not by an *ex parte* application.

    **It is further Ordered** that the redacted version of the First Amended Complaint, filed as docket number 25, be, and hereby is, **Stricken**.

Date: September 3, 2020

                                            _____
                                               Terry J. Hatter, Jr.
                                     Senior United States District Judge