# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 75.84.181.123, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM. | CV 19-10674 TJH (SPx) <br><br><br> Order to Show Cause |

The Court has considered the motion to dismiss the counterclaim filed by Plaintiff and Counterdefendant Strike 3 Holdings, LLC ["Strike 3"], together with the moving and opposing papers.

On December 17, 2019, Strike 3 filed this copyright infringement action against Defendant John Doe subscriber assigned IP address 75.84.181.123 ["John Doe"]. On May 11, 2020, John Doe filed a counterclaim against Strike 3, seeking a declaration that he did not infringe Strike 3's copyright. On May 19, 2020, Strike 3 filed: (1) A redacted First Amended Complaint ["FAC"] that substituted a new defendant in place of John Doe; and (2) An *ex parte* application for leave to file the underacted FAC under

seal.

On June 1, 2020, the Court denied Strike 3's *ex parte* application for failure to comply with the Local Rules. Later that day, Strike 3 filed a motion to dismiss the counterclaim. In its motion to dismiss the counterclaim, Strike 3 acknowledged that John Doe was not the infringer of its copyright, and argued that the FAC did not include John Doe as a defendant and that John Doe lacked an injury-in-fact and standing to assert his counterclaim for declaratory judgment.

On September 3, 2020, the Court amended its June 1, 2020, order to, also, strike the redacted FAC from the record because there was not a corresponding unredacted version of the FAC filed under seal.

Thus, the original complaint remains the operative complaint.

Accordingly,

𝕴𝖙 𝖎𝖘 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that Strike 3 shall show cause, if it has any, as to why this case should not be dismissed given Strike 3's acknowledgment that John Doe did not infringe its copyright. Strike 3 shall file a written response to this Order to Show Cause by September 25, 2020. In lieu of a written response, the Court will accept a notice of voluntary dismissal. If Strike 3 intends to, properly, move to file a First Amended Complaint under seal, it shall respond to this Order to Show Cause and state its intentions. If Strike 3 files a written response, an opposition brief, if any, may be filed no later than seven days after Strike 3's response is filed. Strike 3 may file a reply brief to any opposition brief no later than seven days after any opposition brief is filed.

𝕴𝖙 𝖎𝖘 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that John Doe shall show cause, if he has any, as to why his counterclaim should not be dismissed for lack of a case or controversy. John Doe shall file a written response to this Order to Show Cause by September 25, 2020. In lieu of a written response, the Court will accept a notice of voluntary dismissal of the

counterclaim.  If John Doe files a written response, an opposition brief, if any, may be filed no later than seven days after John Doe's response is filed.  John Doe may file a reply brief to any opposition brief no later than seven days after any opposition brief is filed.

Date: September 9, 2020

_____
Terry J. Hatter, Jr.
Senior United States District Judge