Douglas J. Rosner, ESQ., SBN 094466
rosnerlaw@earthlink.net
LAW OFFICES OF DOUGLAS JOSEPH ROSNER
2625 Townsgate Road, Suite 330
Westlake Village, California 91361
Telephone No. (818) 501-8400
Facsimile No.: (818) 880-4485
Attorney for Defendants identified as IP Subscriber
address 75.84.181.123 and JDS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                 Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 75.84.181.123,<br><br>                 Defendants.<br>_____<br><br>JOHN DOE subscriber assigned IP address 75.84.181.123,<br><br>            Cross-complainant,<br><br>vs.<br><br>STRIKE 3 HOLDINGS, LLC, and ROES 1-30, inclusive.<br><br>            Cross-defendant.<br>_____ | Case No. 2:19-cv-10674-TJH (SPx)<br>*Assigned to the Hon. Terry J. Hatter Jr.*<br><br>Cross-complainant JOHN DOE subscriber assigned IP address 75.84.181.123's opposition to Plaintiff/Counter-Defendant's Response to Order to Show Cause why this case should not be dismissed<br><br>Hearing TBD<br>Time: Under Submission<br>Place: Courtroom #9B<br>Judge: Hon. Terry J. Hatter |

CROSS-COMPLAINANT JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS

75.84.181.123'S OPPOSITION TO PLAINTIFF/COUNTER-DEFENDANT'S

RESPONSE TO ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE

DISMISSED                                                                                   Page 1 of 4

Cross-complainant JOHN DOE subscriber assigned IP address 75.84.181.123 ("Cross-complainant" or "John Doe 1") submits his opposition to Plaintiff/Counter-Defendant's Response to Order to Show Cause why this case should not be dismissed issued by this Court on September 9, 2020. (OSC, ECF No. 37)

### MEMORANDUM OF POINTS AND AUTHORITIES

Strike 3 Holdings, LLC "S3H" has wrongly alleged that John Doe 1 has engaged in a series of bad faith maneuvers, which ultimately resulted in the Court's entry of the current OSC. (Pl. Resp., 2:22-24, ECF No. 38)

But, it is S3H that initiated these actions without conducting an inquiry into both the facts and the law, and has failed to obtain the knowledge, information, and belief to support the contentions in S3H's Complaints. (Toth Decl. ¶ 5, ECF 39-2)

On or about October 15, 2019, S3H initiated its first court action against John Doe 1, alleging copyright infringement, by filing a complaint in the County Court for Miami-Dade County Florida ("Florida Action"). (John Doe 1 Resp. 5:1-7, ECF 39)

Next, after S3H voluntarily dismissed the Florida Action, it filed this Complaint against Defendant John Doe [1[1]] subscriber assigned IP address 75.84.181.123 ["John Doe 1"]. (Compl., ECF No. 1)

///

///

---

[1] John Doe 1 is the subscriber of the IP address, *not* John Doe 2

---

CROSS-COMPLAINANT JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 75.84.181.123'S OPPOSITION TO PLAINTIFF/COUNTER-DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED

Page 2 of 4

John Doe 1 has unsuccessfully attempted to obtain from S3H a dismissal with prejudice.  Hence, on April 14, 2020, John Doe 1 filed a Notice of Non-Infringement by JOHN DOE 1. (John Doe 1 Resp. 3:5-7, ECF No. 17-1)

Next, on May 28, 2020 and June 4, 2020, John Doe 1, respectively, served upon S3H, an Offer of Judgment under Rule 68, (John Doe 1 Resp. 3:8-9, ECF 39) and a Joint Stipulation to Dismiss John Doe 1 from the Complaint; and as to the Counterclaim, Enter Judgment in Favor of John Doe 1 for Non-Infringement FRCP 54(b).  (John Doe 1 Resp. 3:10-13, ECF 39)

Indeed counsel for S3H was silent until September 10, 2020. (John Doe 1 Resp.  3:14 -18, ECF 39) Thereafter, John Doe 1 further attempted to obtain a dismissal with prejudice. (John Doe 1 Resp. 3:8-25- 1-14, ECF No. 17-1) John Doe 1 has a right to be forever free from the claims in this Complaint.

Once again S3H is wrong asserting that on May 9, 2020 S3H agreed not to proceed against John Doe 1.  In an email dated May 9, 2020 S3H's counsel stated that S3H intended to proceed against John Doe 2. This email failed to state that it would *not* proceed or file a dismissal against John Doe 1.

On May 19, 2020, eight days *after* John Doe 1 filed his Answer and Counterclaim  (John Doe 1 Resp., Ex. G., ECF 39-1), S3H's counsel stated his intention for the first time that it would no longer pursue a claim of infringement against John Doe 1.

On September 29, 2020, John Doe 1 requested from S3H easily obtainable evidence that S3H was required to review prior to filing the Complaint.  John Doe 1 requested from S3H the following:

---

CROSS-COMPLAINANT JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 75.84.181.123'S OPPOSITION TO PLAINTIFF/COUNTER-DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED

Page 3 of 4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- The PCAP data recorded by the VXN system that is described by David Williamson is his declaration; (Williamson Decl. 11:1-25 - 14:20, ECF No. 9-2);

- The Infringed Works, as described by Ms. Stalzer; (Stalzer Decl. 24:16-26 - 25:5, ECF No. 9-2); and

- Any additional evidence, i.e., social media data, etc. (Rosner Dec. ¶ 3.)

S3H was not responsive to John Doe 1's request.  Either S3H never had or for some unknown reason did not want, to provide the information.

In summary, S3H admittedly got it wrong.  It appears that S3H feels free to file an action against a party, and if it gets it wrong, leave it to the defendant to pay for hiring an attorney and suffer the consequences of wrongly being named in an action. John Doe 1 respectfully requests that this Court declare that John Doe 1 is not an infringer.

Dated: October 2, 2020

LAW OFFICES OF DOUGLAS JOSEPH ROSNER

/s/ Douglas J. Rosner

By:      DOUGLAS J. ROSNER
SBN 094466
2625 Townsgate Road, Suite 330
Westlake Village, California 91302
Telephone No. (818) 501-8400
email: rosnerlaw@earthlink.net
Attorney for internet subscriber
assigned IP address 75.84.181.123

CROSS-COMPLAINANT JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 75.84.181.123'S OPPOSITION TO PLAINTIFF/COUNTER-DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED                                                                      Page 4 of 4