Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
Phone: (310) 556-9680
Fax: (310) 861-5550

*Attorney for Plaintiff
Strike 3 Holdings, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff/Counter-Defendant,<br><br>vs.<br><br>JOHN DOE Subscriber Assigned IP Address 75.84.181.123,<br><br>　　　　　Defendant/Counter-Plaintiff;<br><br>And Related Counterclaim. | Case No.: 2:19-cv-10674-TJH-SP<br><br>**PLAINTIFF'S/COUNTER-DEFENDANT'S REPLY TO DEFENDANT'S/COUNTER-PLAINTIFF'S OPPOSITION BRIEF** |

　　　Plaintiff/Counter-Defendant Strike 3 Holdings, LLC ("Strike 3") respectfully submits the following Reply Brief to Defendant's/Counter-Plaintiff's Opposition Brief.  Not much needs to be said in response to John Doe 1's opposition brief, which consists primarily of a re-hashing of the history of John Doe 1's efforts to maneuver to obtain (1) "prevailing party" status and (2) a release for the infringement committed by his household member, John Doe 2. This has already been addressed in Strike 3's prior papers.  *See* ECF Nos. 38, 41.

The only new issue raised is that, during the briefing of the Court's Order to Show Cause ("OSC"), John Doe 1's counsel sent an email request to Strike 3 for what he describes as "easily obtainable evidence."  *See* ECF No. 40, 40-1.  Although such early Rule 34 requests for information (assuming they were in the proper format, rather than fired off in an email) are not considered served until the Rule 26(f) conference has been held, *see* Fed. R. Civ. P. 26(d)(2)(A), (B), John Doe 1 now makes the unsubstantiated and false assertion that Strike 3 "never had or for some unknown reason did not want, to provide the information," ECF No. 40 at 4.[1]  Not only is this assertion false, it is entirely irrelevant to the subject(s) of the Court's OSC, as nothing in the requested documents bears on John Doe 1's standing.[2]

For the foregoing reasons, Strike 3 respectfully requests that the Court discharge its Order to Show Cause, dismiss Strike 3's claim against John Doe 1 without prejudice, and dismiss John Doe 1's counterclaim for declaratory relief, for lack of standing, without prejudice.

Dated: October 9, 2020

Respectfully submitted,

By: _____
Lincoln D. Bandlow, Esq.

*Attorney for Plaintiff/Counter-defendant*
Strike 3 Holdings, LLC

---

[1] In the event the Court does not dismiss all claims in this matter without prejudice—as it should—Strike 3 will respond to all discovery requests in the normal course.  *See* Fed. R. Civ. P. 34.

[2] Indeed, John Doe 1's email sought information purportedly relevant to whether "John Doe 2 is the alleged infringer" even though John Doe 2 is not presently the subject of a lawsuit.

2