# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | CV 19-10674 TJH (SPx) |
| Plaintiff, | |
| v. | Order |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 75.84.181.123, | [33] |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

The Court has considered the motion to dismiss the counterclaim filed by Plaintiff and Counterdefendant Strike 3 Holdings, LLC ["Strike 3"], and the parties' responses to the Court's September 9, 2020, order to show cause, together with the moving and opposing papers.

On December 17, 2019, Strike 3 filed this copyright infringement action against Defendant John Doe subscriber assigned IP address 75.84.181.123 ["John Doe"]. On May 11, 2020, John Doe filed a counterclaim against Strike 3, seeking a declaration that he did not infringe Strike 3's copyright.

On June 1, 2020, Strike 3 moved to dismiss John Doe's counterclaim,

acknowledging that John Doe was not the infringer of its copyright and arguing that John Doe, therefore, lacked an injury-in-fact to have standing to assert his counterclaim for declaratory judgment.

On September 9, 2020, the Court issued an order to show cause as to why this case should not be dismissed in its entirety.

Based on the responses to the order to show cause, the parties are at a stalemate. Strike 3 declined to voluntarily dismiss its case with prejudice, while maintaining that John Doe lacked standing to pursue his counterclaim. John Doe responded that he, indeed, has standing unless Strike 3 dismisses its case with prejudice. John Doe is correct – unless Strike 3 voluntarily dismisses its case with prejudice, John Doe has standing to seek a declaratory judgment that he did not infringe Strike 3's copyright. Without a dismissal with prejudice, there is nothing to prevent Strike 3 from pursuing another case against John Doe.

Accordingly,

**It is Ordered** that the September 9, 2020, order to show cause be, and hereby is **Vacated**.

**It is further Ordered** that Strike 3's motion to dismiss the counterclaim be, and hereby is, **Denied**.

Date: December 2, 2020

_____
Terry J. Hatter, Jr.
Senior United States District Judge